FILED
June 9, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NEFTALI CASTILLO MONTES<br><br>Defendant. | Case No. 2:22-MJ-0086-JDP<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>NEFTALI CASTILLO MONTES</u> Case No. <u>2:22-MJ-0086-JDP</u> Charges <u>21 USC § 846, 841(a)(1)</u> from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

\_\_\_\_\_   Bail Posted in the Sum of $ _____

__X__   Unsecured Appearance Bond $  25,000.00

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

\_\_\_\_\_   (Other): Defendant's release is delayed until the titles of two vehicles have been surrendered to the Clerk, USDC, Eastern District of California.

Issued at Sacramento, California on June 9, 2022 at 2:14 PM

By: _____
Magistrate Judge Jeremy D. Peterson